**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE JOHN GORE ORGANIZATION, INC.,<br><br>Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 1:21-cv-02200<br><br>**RULE 7.1 CORPORATE DISCLOSURE**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff The John Gore Organization, Inc. ("JGO" or "Plaintiff"), by and through its undersigned attorneys, make the following corporate disclosures:

1. JGO is a non-governmental corporate party with no parent corporation.

2. No publicly traded corporation owns 10% or more JGO's stock.

Dated: New York, New York
      March 12, 2021

COHEN ZIFFER FRENCHMAN &
MCKENNA LLP

*/s/ Kenneth H. Frenchman*
Kenneth H. Frenchman
Meredith Elkins
1350 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: (212) 584-1890
Fax: (212) 584-1891
kfrenchman@cohenziffer.com
melkins@cohenziffer.com

*Attorneys for The John Gore Organization, Inc.*