Daren S. McNally (DM5551)
Barbara M. Almeida (BA7239)
Meghan C. Goodwin (MG3012)
Nicholas S. Pradaxay (5830930)
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900 (*phone*)

*Attorneys for Defendant, Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE JOHN GORE ORGANIZATION, INC., | CIVIL ACTION NO. 1:21-cv-02200-PGG |
| Plaintiff, | ORAL ARGUMENT REQUESTED |
| v. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant Federal Insurance Company ("Defendant") through its attorneys, Clyde & Co US LLP, will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Paul G. Gardephe, United States District Court for the Southern District of New York, in Courtroom 705 at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiff The John Gore Organization, Inc.'s ("Plaintiff") Complaint, with prejudice, for failure to state a claim upon which relief may be granted, and in support thereof, rely on the attached Memorandum of Law.

1

WHEREFORE, Defendant hereby requests, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, that Plaintiff's Complaint filed against Defendant in this action to be dismissed with prejudice.

Dated:   July 12, 2021                    **CLYDE & CO US LLP**

s/ Daren S. McNally

Daren S. McNally (DM5551)
Barbara M. Almeida (BA7239)
Meghan C. Goodwin (MG3012)
Nicholas S. Pradaxay (5830930)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900 (*phone*)

*Attorneys for Defendant*
*Federal Insurance Company*

2