UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

THE JOHN GORE ORGANIZATION, INC.,

Plaintiff,

-against-

FEDERAL INSURANCE COMPANY,

Defendant.

**ORDER**

21 Civ. 2200 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On March 23, 2022, this Court granted Defendant's motion to dismiss the Complaint, with leave to amend. (March 23, 2022 Order (Dkt. No. 39) at 25) In that order, this Court stated that "[a]ny motion for leave to file an amended complaint will be submitted by **April 11, 2022**." (Id.) To date, no motion for leave to file an amended complaint has been filed. Accordingly, the Clerk of Court is directed to close this case.

Dated:  New York, New York
        May 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge